Philip G. Jones (1748)
Chapter 7 Trustee
853 West Center Street
Orem, Utah 84057
Telephone: (801) 224-2119
Fax: (801) 224-6345

IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF UTAH CENTRAL DIVISION

| In Re: | Case No. 07-24809 |
|---|---|
| ROBERT SHANE SMITH<br>ISABELLA SMITH | Chapter 7<br><br>Judge: JUDITH A. BOULDEN |
| Debtor(s). | |

**DEPOSIT OF UNCLAIMED FUNDS**

COMES NOW Philip G. Jones, the trustee of the above referenced bankruptcy case, and hereby represents to the Court that:

__x__ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

_____ B    The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CLAIM# | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMOUNT |
|---|---|---|
| 6 | Carbon Medical Services<br>P.O. Box 930<br>East Carbon, UT 84520 | 1.16 |
| 9 | Leonard J Swinyer MD<br>Knight Adjustment Bureau<br>404 East 4500 South, Suite # A-34<br>Salt Lake City, UT 84107 | 2.93 |
| 10 | Global Payments Check<br>P.O. Box 661158<br>Chicago IL 60666 | 0.72 |
| 11 | Global Payments Check<br>P.O. Box 661158 | 1.36 |



|    | Chicago IL 60666 |      |
|----|------------------|------|
| 12 | Global Payments Check<br>P.O. Box 661158<br>Chicago IL 60666 | 0.54 |
| 13 | Global Payments Check<br>P.O. Box 661158<br>Chicago IL 60666 | 1.54 |
| 21 | Dr. John F. Boyle<br>Professional Collections, Inc.<br>211 S. 200 E.<br>Price, UT 84501 | 4.58 |

A check in the amount of $12.83 representing said funds in payable to the United States Bankruptcy Court, and is attached hereto.

DATED this 22nd day of December, 2010.

PHILIP G. JONES
Chapter 7 Trustee

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing DEPOSIT OF UNCLAIMED FUNDS was mailed to the following persons by depositing the same in the United States Mail, first-class postage prepaid or by electronic filing, this 22nd day of December, 2010:

U.S. Trustee's Office
Boston Building, Suite 100
9 Exchange Place
Salt Lake City, Utah 84111

SHERRI FLANS PALMER
PO BOX 702308
SALT LAKE CITY, UT 84170-2308